UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: CRAIG JAMES NORMAND　　　　　　　　　　　　　　　　CASE NO.: 16-
　　　　 MELISSA DELANCY NORMAND

## CHAPTER 13 PLAN

**I.**　　Debtors propose to pay by direct pay into the Chapter 13 Plan monthly payments of $0 for two (2) months, then $150 for thirty-four (34) months, for a total of thirty-six (36) months.

**II.**　　Claims to be paid directly by debtor.　　**Estimated Balance Due**　　**Monthly Payment**
**Chevy Chase Federal Savings Bank**　　　　$31,293.00　　　　　　　　　　$375.24
**collateral- House & 2 acres located at**　　　　　　　　　　　　　　　　**(To Resume Feb. 2017)**
**5479 Hwy 107, Marksville, LA**

**III.**　　Claims to be paid by Trustee.

　　　　**A. ATTORNEY AND ADMINISTRATIVE FEES.** Thomas C. McBride, LLC shall receive attorney and administrative fees of $1,500. The Trustee shall receive fees of approximately 10% of plan payments.

　　　　**B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

　　　　**1. Real Property:**

　　　　　　Chevy Chase Federal Savings Bank: collateral - house & 2 acres located at 5479 Hwy 107, Marksville, LA; estimated secured claim of $2,200. As adequate protection, Chevy Chase Federal Savings Bank shall be paid $25 per month until the debtor's attorney fees are paid in full.

　　　　**C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below:

　　　　　　Internal Revenue Service　　　　　　　　$500
　　　　　　Louisiana Department of Revenue　　　　$400

　　　　**D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 0% of the claims.

Respectfully submitted this 28th day of December, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　**McBride Law Firm**

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/Thomas C. McBride
　　　　　　　　　　　　　　　　　　　　　　　　　　By: Thomas C. McBride, (#09210)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　tom@tommcbridelaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　Kathryn A. Wiley (#33672)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　kathryn@tommcbridelaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　Thomas C. McBride, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　McBride Law Firm
　　　　　　　　　　　　　　　　　　　　　　　　　　301 Jackson Street, Suite 101
　　　　　　　　　　　　　　　　　　　　　　　　　　Alexandria, LA 71301
　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone (318) 445-8800
　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile (318) 445-8066